UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MICHAEL ROSEN,** | * | |
| **Plaintiff,** | * | |
| v. | * | Case No. 21-1446 (RDM) |
| **AMAZON.COM, INC.,** *et al.*, | * | |
| **Defendants.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL OF ACTION

Plaintiff and Defendant, Amazon.com, Inc., by their respective undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby agree to a dismissal of the above-captioned case in its entirety, without prejudice, the parties to bear their own respective costs and fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Daniel A. Brown* | */s/ Michael T. Wharton* |
| Daniel A. Brown (Fed. Bar No. 14360) | Michael T. Wharton (Fed. Bar No. 415546) |
| Matthew E. Kiely (Fed. Bar No. 01706) | Wharton Levin Ehrmantraut & Klein, P.A. |
| Brown \| Kiely LLP | 104 West Street |
| 4915 Saint Elmo Avenue, Suite 510 | P.O. Box 551 |
| Bethesda, Maryland 20814 | Annapolis, MD 21404-0551 |
| (301) 718-4548 | (410) 263-5900 |
| dbrown@brownkielylaw.com | mtw@wlekn.com |
| mkiely@brownkielylaw.com | |
| *Attorneys for Plaintiff* | *Attorneys for Amazon.com, Inc.* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 11th day of August 2021, a true copy of the foregoing Stipulation of Dismissal of Action was electronically filed and served on all counsel of record pursuant to the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Columbia.

/s/ Daniel A. Brown
Daniel A. Brown
